SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE S. MUNTEAN, et al,<br><br>　　　　Defendants | Case No.: 2:08-cv-00808-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DAVID A. MARCIEL AND ORDER**<br><br>Complaint Filed: APRIL 16, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

　　**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (David A. Marciel) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (David A. Marciel) is dismissed because this Defendant is not a proper party to this action.

Dated: June 9, 2008　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　**IT IS SO ORDERED**.

DATED:  June 11, 2008

_[signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　　　　　　CIV: S-08-00808-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com