SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>           Plaintiff,<br><br>      vs.<br><br>GEORGE S. MUNTEAN, ET AL.<br><br>           Defendants | Case No.: 2:08-cv-00808-MCE-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: APRIL 16, 2008 |

   **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

Dated: December 18, 2008            Law Office of David Bruce Petersen

                                    /s/David Bruce Petersen_____
                                    DAVID BRUCE PETERSEN,
                                    Attorneys for Defendants,

Dated: December 22, 2008            /s/Scott N. Johnson_____
                                    SCOTT N. JOHNSON
                                    Attorney for Plaintiff

   **IT IS SO ORDERED**.

DATED: January 6, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com